NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1077
(Cancellation No. 92/041,358)

MITSUBISHI MOTORS NORTH AMERICA, INC.,

Appellant,

v.

MONACO COACH CORPORATION,

Appellee.

ON MOTION

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ORDER

Before MOORE, Circuit Judge.

Upon consideration of Mitsubishi Motors North America, Inc.'s unopposed motion for a 60-day extension of time, until May 22, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR   1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK

cc:    David M. Kelly, Esq.
       Mark J. Liss, Esq.

s19